UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_5/25/2021____

JOSE QUEZADA, on behalf of himself and all others similarly situated,

Plaintiff,

-against-

CBS INTERACTIVE, INC.,

Defendant.

1:21-cv-01413-MKV

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of a Notice of Settlement from the parties informing the Court that the parties have reached a settlement in principle [ECF No. 12]. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the Parties are unable to memorialize their settlement in an agreement and as long as the application to restore the action is made by **June 24, 2021**. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

**Date: May 25, 2021**
     **New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**